

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-14-00655-CV

Ivarene and Victor **HOSEK**,
Appellant

v.

Rosale **SCOTT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-06-0559-CVA
Honorable Fred Shannon, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

Keith E. Hottle
Clerk of Court